IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Payne-Patterson, Rita | Case Number: 06 B 16017 |
| | Judge: Squires, John H |
| Printed: 3/25/08 | Filed: 12/5/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 13, 2008
Confirmed: March 7, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 3,850.00 | |
| Secured: | | 3,648.01 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 201.99 |
| Other Funds: | | 0.00 |
| Totals: | 3,850.00 | 3,850.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 2,444.20 | 0.00 |
| 2. | Bell General Office CU | Secured | 21,217.35 | 3,648.01 |
| 3. | Galway Financial Service | Unsecured | 145.37 | 0.00 |
| 4. | United States Dept Of Education | Unsecured | 621.81 | 0.00 |
| 5. | Ford Motor Credit Corporation | Unsecured | 331.04 | 0.00 |
| 6. | Cash America | Unsecured | 145.37 | 0.00 |
| 7. | Comcast | Unsecured | | No Claim Filed |
| 8. | America's Cash Express | Unsecured | | No Claim Filed |
| 9. | Dell Financial Services, Inc | Unsecured | | No Claim Filed |
| 10. | Memorial Hospital | Unsecured | | No Claim Filed |
| 11. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 12. | Mile Square Health Center | Unsecured | | No Claim Filed |
| | | | $ 24,905.14 | $ 3,648.01 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 47.32 |
| 5.4% | 154.67 |
| | $ 201.99 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Payne-Patterson, Rita

Printed:  3/25/08

Case Number:  06 B 16017
Judge:  Squires, John H
Filed:  12/5/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

